NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDIE L. BEAVERS, | ) | No. C 05-2677 PJH (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| MERCED COUNTY SHERIFF'S OFFICER ORTEGA, | ) | |
| Defendant. | ) | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at the Merced County Jail. Merced County is in the Eastern District of California. The defendant, a jail officer, probably resides in the Eastern District. See 28 U.S.C. § 1391(b). Venue, therefore, properly lies in that district and not in this one.

This case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

IT IS SO ORDERED.

DATED: July 7, 2005.

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.05\BEAVERS677.TRF